*E-Filed 6/22/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RAMOS, | No. C 12-2311 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GARY R. STANTON, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing a complete IFP application form or paying the filing fee. The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: June 22, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-2311 RS (PR)
ORDER OF DISMISSAL